**FILED**

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

DEC 2 7 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ \O _____ Deput

UNITED STATES v. **Timothy R. Fleagle, Jr.**

Case No. *F04-018 CR (JDR)*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant Magistrate Judge's Office

---

## MINUTE ORDER FROM CHAMBERS

### RE: Petition to Revoke Probation

The clerk is direction to file the attached Petition for Revocation of Probation on the above named defendant. The clerk is further directed to issue a summons to Mr. Fleagle to appear to answer to the Petition **in Fairbanks**, Alaska on **Tuesday, January 24, 2006 at 9:30 a.m.**

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

December 27, 2005

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2005\2005 CR\F04-018 CR (JDR) MO Setting Hearing.wpd

RD 12-27-05

F04-0018--CR (JDR)    Def w/USM cy
-----------------------
C. KINSLEY
US MARSHAL
US PROBATION

22