AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: F04-0018 CR (JDR) |
| TIMOTHY R. FLEAGLE, JR.<br>689 6th Avenue<br>Fairbanks, Alaska  99701 | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.  Contact Pretrial Services (907) 456-0266 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place<br>    U.S. Courthouse<br>    101 12th Avenue<br>    Fairbanks, Alaska  99701-6283 | Room<br>2 |
|---|---|
| Before: Magistrate Judge John D. Roberts | Date and Time<br>January 24, 2006 @ 9:30 a.m. |

To answer a(n)
[] Indictment   [] Information   [] Complaint   [] Violation Notice   [X] Probation Violation Petition

Charging you with a violation of:

A.S. 11.46.140,  Grade C violation.
A.S. 11.41.230(a)(1) and A.S. 11.16.110(2),  Grade C violation.

Brief description of offense:
Theft in the Third Degree.
Assault in the Fourth Degree.

| Ida Romack, Clerk of Court | December 27, 2005, at Anchorage, Ak. |
|---|---|
| Signature of Issuing Officer | Date and Location |
| by [signature]         Deputy Clerk | |
| Name and Title of Issuing Officer | |

**NOTICE:**  If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel.  In that case, you should contact the Federal Public Defender, 550 W. 7th Avenue, Suite 1600, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

**RETURN OF SERVICE**

Service was made by me on:[1]  Date  1-12-06

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: Fairbanks, AK.

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 1-12-06
Date

_Randy Johnson_
Name of United States Marshal

_Holland X. Sams_
(by) Deputy United States Marshal

Remarks:

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.