```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.    TIMOTHY R. FLEAGLE JR.    CASE NO. 4:04-CR-0018-JDR
Defendant: X Present    __In Custody    __On Summons    __On Bond

BEFORE THE HONORABLE:      JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:     MISTY DAVENPORT

UNITED STATES' ATTORNEY: CAPT. J. THOMAS BARTLESON

DEFENDANT'S ATTORNEY:       M.J. HADEN

U.S.P.O.:                  TONI OSTANIK

PROCEEDINGS: EVIDENTIARY HEARING ON PETITION TO REVOKE PROBATION
Held: 03/13/06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:30 p.m. court convened.

Court and counsel heard re Evidentiary Hearing on Petition to Revoke Probation.

Defendant sworn and testified on own behalf.

Defendant advised of allegations and penalties.

Defendant states true name: Timothy Fleagle, Jr.

Defendant **ADMITTED** Violation 1 of the petition.

Defendant advised that Order Setting Conditions of Release applies and is still in effect.

Court and counsel heard re all parties will be advised of next court date, either March 30 or March 31, 2006.

At 2:42 p.m. court adjourned.

DATE:    03-15-06            DEPUTY CLERK'S INITIALS:    MLD