M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

RECEIVED
MAR 3 1 2006
CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TIMOTHY R. FLEAGLE, JR.,<br><br>　　　　　Defendant. | Case No. 4:04-cr-0018-JDR<br><br>**NOTICE OF FILING** |

　　　　Defendant, Timothy R. Fleagle, Jr., by and through counsel M. J. Haden, Staff Attorney, and hereby files a letter from Larry E. Phillips, Store Manager of Sentry Hardware, to aid the court during the disposition hearing scheduled for Friday, March 31, 2006, in Fairbanks, Alaska.

DATED this 31ST day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on March 31, 2006, a copy of the foregoing document, with attachments, was served electronically on:

J. Thomas Bartleson, Esq.

/s/ M. J. Haden