Letter to
  Honorable
Judge Hall

Larry E Phillips
Store Manager
Sentry Hdwe
350 Third St, Suite 6
Fai, AK, 99701

Tim Fleagle has worked for Sentry Hdwe from Sept. 15, 05 till present. During this time he has been dependable. The times he has missed work I was notified before hand.

Tim is good at customer service - he is personable. I have never had a customer complaint on him. He also gets along well with his fellow employees.

During the five months he has worked for us as a cashier and stocker, I have no knowledge of any breaches of Integrity.

Tim has also become very knowlegable about the mdse. we carry. He takes directions well from management and follows-through with assignments.

Tim has become a valued employee at Sentry Hdwe. I would appreciate any consideration you could give him.

Larry E Phillips  3-30-06