MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __TIMOTHY R. FLEAGLE, JR.__ CASE NO. __4:04-CR-00018-JDR__
Defendant: _X_ Present   __ In Custody   __ On Summons   __ On Bond

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____MISTY DAVENPORT_____

UNITED STATES' ATTORNEY: _____CAPT. J. THOMAS BARTLESON_____

DEFENDANT'S ATTORNEY: _____M.J. HADEN_____

U.S.P.O.: _____TONI OSTANIK_____

PROCEEDINGS: DISPOSITION HEARING ON PETITION TO REVOKE PROBATION
Held: 03-31-06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:22 a.m. court convened.

Court and counsel heard re disposition.

Court and counsel heard re Defendant's probation revoked.

Court and counsel heard re Defendant will be imprisoned for a period of 20 days, the defendant shall not be placed on probation following release of imprisonment.

Court and counsel heard re Defendant's bail is still in place and shall surrender for service of sentence at the institution designated by the Bureau of Prisons, as notified by the probation office.

At 9:50 a.m. court adjourned.

DATE: ___03-31-06___      DEPUTY CLERK'S INITIALS: ___MLD___