**DEBORAH M. SMITH**
Acting United States Attorney

**Eve C. Zamora**
**Special Assistance U. S. Attorney**
**101 12th Avenue, Room 310**
**Fairbanks, Alaska 99701**
**Telephone: (907) 353-6561-6510**
**Fax: (907) 353-6501**
**MN Bar: 0297859**

**Attorneys for the Plaintfiff**

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )  ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No. 4:04-cr-00018-JDR-1 |
| **TIMOTHY R. FLEAGLE, JR.** ) ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

Eve C. Zamora enters her appearance on behalf of Plaintiff, United States of America, in this matter. Service on Plaintiff shall be through his attorney at 101 12th Avenue, Room 310, Fairbanks, Alaska 99701.

RESPECTFULLY SUBMITTED this 13th day of June 2006.

                                      EVE C. ZAMORA

                                      s/ Eve C. Zamora_____
                                      101 12th Avenue, Room 310
                                      Fairbanks, Alaska 99701
                                      Telephone: (907) 353-6561-6510
                                      Fax: (907) 353-6501
                                      MN Bar: 0297859